**NOT FOR PUBLICATION**                                                        CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL J. OLIVER,<br><br>            Plaintiff,<br><br>v.<br><br>THIRD WAVE TECHNOLOGIES, INC.,<br><br>            Defendant. | Civil Action No.: 06-CV-6193 (JLL)<br><br>**ORDER ADOPTING<br>SEPTEMBER 6, 2007<br>REPORT AND RECOMMENDATION** |

**LINARES**, District Judge.


        This Court had referred Defendant's motion to dismiss Plaintiff's Complaint for improper venue, or, in the alternative, to transfer venue [CM/ECF Docket Entry No. 5] to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Cecchi filed a Report and Recommendation in connection with Defendant's motion on September 6, 2007. For the reasons set forth in this Court's corresponding Opinion dated September 24, 2007,

        **IT IS** on this **24th day of September, 2007,**

        **ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on September 6, 2007 [CM/ECF Docket Entry No. 14] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

        **ORDERED** that Defendant's motion to transfer the instant matter to the District of Wisconsin [CM/ECF Docket Entry No. 5] is hereby **GRANTED**; and it is further

        **ORDERED** that this case is closed.


                                                                Jose L. Linares
                                                                United States District Judge